JS-6; O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05370 AHM (MANx) | Date | August 28, 2012 |
|---|---|---|---|
| Title | ROXANNA RAMIREZ, et al. v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The parties have filed a stipulation to dismiss this case in its entirety as to all defendants and all causes of action, in exchange for a waiver of costs on behalf of the defendants.

The Court ORDERS that the First Amended Complaint is dismissed with prejudice as to Roxanna Ramirez. This dismissal shall have no bearing on the claims of minor plaintiffs, M.J.H. and J.R.H. Any claims held by the minor plaintiffs, had they been properly brought through a Guardian ad Litem, are preserved, and any statute of limitations is deemed to have been tolled during the pendency of this action. Accordingly, the Court ORDERS that the First Amended Complaint is dismissed without prejudice as to M.J.H. and J.R.H.

JS - 6

                                                                :
                                        Initials of Preparer         SMO